# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2236 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 217 DB 2015 |
| | : | |
| | : | Attorney Registration No. 93501 |
| v. | : | |
| | : | (Delaware County) |
| JOHN ANTHONY COSTALAS | : | |
| | : | |
| Respondent | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of November, 2016, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted. Respondent John Anthony Costalas is suspended on consent from the Bar of this Commonwealth for a period of two years. He shall comply with all the provisions of Pa.R.D.E. 217.

Respondent shall pay the costs incurred by the Disciplinary Board in the investigation and prosecution of this matter.